**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ROBERT J. KRESS, et al., | : | Case No. C-1-02-433 |
| | : | |
| Plaintiffs, | : | Judge Beckwith |
| | : | Magistrate Judge Sherman |
| v. | : | |
| | : | **NOTICE OF SUBSTITUTION** |
| BROADWING INC., | : | **OF COUNSEL** |
| | : | |
| Defendant. | : | |
| | : | |

Jack B. Harrison hereby gives notice that he is replacing Mekesha H. Montgomery, David T. Croall and Rachel E. Burke as co-counsel for the Defendant in the above-referenced case. This substitution is made with the Defendant's knowledge and consent.

Respectfully submitted,

/s/ Jack B. Harrison
Jack B. Harrison (0061993)
Robert A. Dimling (0020349)
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
(513) 651-6800

Attorneys for Defendant Broadwing, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon Randolph H. Freking and George M. Reul, Jr., Freking & Betz, 215 East Ninth Street, 5th Floor, Cincinnati, Ohio 45202, by ordinary U.S. mail, postage prepaid, this 2nd day of September, 2003.

/s/ Jack B. Harrison

CinLibrary/1322141.1